IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

MARTIN GONZALEZ AND SYLVIA       )
GONZALEZ, AS NEXT FRIENDS OF     )
VICTOR GONZALEZ, A MINOR         )
                                 )      CIVIL ACTION NUMBER
VS.                              )
                                 )
MARTHA RICO, MATILDE PINALES,    )           M-06-101
BEATRICE RIOS, MIRACLE           )
RECREATION EQUIPMENT COMPANY     )
AND PLAYPOWER, INC.              )

ORDER OF DISMISSAL

On the 8th day of September, 2006, came on to be heard the
Plaintiffs' Motion to Dismiss, and the Court, after having
considered same, the pleadings on file, and arguments of counsel,
granted said motion for the reasons stated on the record. It is,
therefore,

ORDERED, ADJUDGED, and DECREED that Plaintiffs' Motion to
Dismiss is hereby GRANTED and this case is DISMISSED without
prejudice.

The Clerk shall send a copy of this order to counsel for the
parties.

DONE on this ___8th___ day of January, 2007, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE